**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2241

BARBARA D. GAITHER,

             Plaintiff - Appellant,

        v.

SOCIAL SECURITY ADMINISTRATION, Office of the General
Counsel; MICHAEL J. ASTRUE, Commissioner,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:07-cv-00288-BO)

Submitted: March 17, 2009          Decided:  March 19, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barbara D. Gaither, Appellant Pro Se.   Charlene Patricia
Bellinger-Honig, SOCIAL SECURITY ADMINISTRATION, Elisa Frances
Donohoe, Special Assistant United States Attorney, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara D. Gaither appeals the district court's order affirming the Commissioner's denial of Gaither's applications for disability insurance benefits and supplemental security income. We must uphold the Commissioner's disability determination if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED